**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION**

|  |  |  |
|---|---|---|
| RICKEY STRINGFELLOW, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | NO: 4:08CV00575   SWW |
| | * | |
| SOUTHFORK BAY DEVELOPMENT GROUP, LLC | * | |
| | * | |
| Defendant | * | |

## ORDER

Plaintiff Rickey Stringfellow ("Stringfellow") brings this action pursuant to Title III of the Americans with Disabilities Act.  Before the Court are joint stipulations of dismissal by Stringfellow and separate defendants Carl and Kathleen Samuels, Southfork Bay Development Group, LLC, and John Cunningham Enterprises, requesting that the Court dismiss Plaintiff's claims against these separate defendants, with prejudice (docket entries #50, #54).  The complaint also names defendant Horton Construction and Development, Inc., but Stringfellow reports that he was unable to serve this separate defendant a copy of the complaint and summons (docket entry #52).

IT IS THEREFORE ORDERED that Plaintiff's claims against separate defendants Carl and Kathleen Samuels, Southfork Bay Development Group, LLC, and John Cunningham Enterprises are DISMISSED WITH PREJUDICE, pursuant to stipulation.

IT IS FURTHER ORDERED that Plaintiff's claims against separate Defendant Horton Construction and Development, Inc. are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that this action is DISMISSED IN ITS ENTIRETY.

IT IS SO ORDERED THIS 4th DAY OF NOVEMBER, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE
