**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN  DIVISION**

|  |  |  |
|---|---|---|
| | * | |
| RICKEY STRINGFELLOW, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | NO: 4:08CV00575  SWW |
| | * | |
| SOUTHFORK BAY DEVELOPMENT | * | |
| GROUP, LLC | * | |
| Defendant | * | |

**ORDER**

Plaintiff Rickey Stringfellow ("Stringfellow") brings this action pursuant to Title III of
the Americans with Disabilities Act.  Before the Court are joint stipulations of dismissal by
Stringfellow and separate defendants Carl and Kathleen Samuels, Southfork Bay Development
Group, LLC, and John Cunningham Enterprises, requesting that the Court dismiss Plaintiff's
claims against these separate defendants, with prejudice (docket entries #50, #54).  The
complaint also names defendant Horton Construction and Development, Inc., but Stringfellow
reports that he was unable to serve this separate defendant a copy of the complaint and summons
(docket entry #52).

IT IS THEREFORE ORDERED that Plaintiff's claims against separate defendants Carl
and Kathleen Samuels, Southfork Bay Development Group, LLC, and John Cunningham
Enterprises are DISMISSED WITH PREJUDICE, pursuant to stipulation.

IT IS FURTHER ORDERED that Plaintiff's claims against separate Defendant Horton
Construction and Development, Inc. are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that this action is DISMISSED IN ITS ENTIRETY.

IT IS SO ORDERED THIS 4th DAY OF NOVEMBER, 2011.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE